is a registered Deus Ex ventriloquist. So, you know, I'm going to start off with a question. What is the order in which you receive your treatment? If I was going to require a short cancer, I would be presenting first in the 17 weeks from the moment you take your cancer. That's your follow-up session right there. So what is the structure of treatment? What steps are you taking?   From the 17th, from the 17th, from the 3rd to the 25th. You haven't designed your CAMS diagnosis yet. No.  Very good. And then you provide the treatment. And then you do the pre-preparation. That is very good. Robert. It's just the correct procedure? Perfect. And if you can make it a bit more mature, with two groups of patients. They are outsourcing all of this all the time. Well, and I can do it whenever I want. Yes. I suppose so. Yeah. I suppose so. You're probably right. So, we're getting closer to화 Yes. Yes. I suppose so.
judges: Bea, N.R. Smith, Robreno